UNITED STATES of America,
Plaintiff–Appellee

v.

Billy RHODES, Jr., also known as
Billy Rhodes, Defendant–
Appellant.

No. 12–50912.

United States Court of Appeals,
Fifth Circuit.

Oct. 15, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Steven Gregory White, Esq., Waco, TX, for Defendant–Appellant.

Before JOLLY, JONES, and BARKSDALE, Circuit Judges.

PER CURIAM: *

The judgment of the district court is AFFIRMED. *See* 5th CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.